Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–34764–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Debra E. O'Neal
  aka Debora E. O'Neal, aka Debra Evetta
  O'Neal, aka Debra O'Neil
  915 Plymouth Rd
  North Brunswick, NJ 08902–4589

Social Security No.:
  xxx–xx–6693

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 2/25/2019 and a confirmation hearing on such Plan has been scheduled for 4/23/2019 at 10:00 am.

The debtor filed a Modified Plan on 4/17/2019 and a confirmation hearing on the Modified Plan is scheduled for 5/28/2019 at 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: April 18, 2019
JAN: gan

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                      Case No. 18-34764-MBK
Debra E. O'Neal                                             Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Apr 18, 2019
                              Form ID: 186             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db             Debra E. O'Neal,    915 Plymouth Rd,    North Brunswick, NJ   08902-4589
517928203      Capital One Auto Finance,    1 S Orange St,    Wilmington, DE   19801-5006
517928204      Chase Card,    PO Box 15298,    Wilmington, DE   19850-5298
517928209      Giaimo & Associates,    97 E River Rd,    Rumson, NJ   07760-1625
517928210      Healthcare Emp F C U,    29 Emmons Dr Ste C40,    Princeton, NJ   08540-5971
517987557     +Healthcare Employees Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                Tinton Falls, NJ 07724-3001
517928211      Mariner Finance,    8211 Town Center Dr,    Nottingham, MD   21236-5904
517928212      Renaissance Village I Condominium Assoc,    97 E River Rd,    Rumson, NJ   07760-1625
517929923     +Renaissance at North Brunswick,    Master Association,    c/o Giaimo and Associates,
                97 E. River Road,    Rumson, NJ 07760-1625
517928216    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                Frederick, MD   21701-4747)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 18 2019 23:24:13      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2019 23:24:12      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517936951     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 18 2019 23:26:06
                Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517951811     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 18 2019 23:25:31
                Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,   Houston, TX 77210-4360
517928205      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 23:24:05      Comenity Bank/Pier 1,
                PO Box 182789,    Columbus, OH   43218-2789
517928206      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 23:24:05      Comenitybank/wayfair,
                PO Box 182789,    Columbus, OH   43218-2789
517928207      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 23:24:05      Comenitycb/hsn,
                PO Box 182120,    Columbus, OH   43218-2120
517928208      E-mail/Text: bknotices@financesysteminc.com Apr 18 2019 23:24:29      Finance System of Rich,
                32 S 9th St,    Richmond, IN   47374-5504
518038204      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 23:25:30
                Portfolio Recovery Associates, LLC,    c/o Jc Penney Credit Card,    POB 41067,
                Norfolk VA 23541
518038190      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 23:26:05
                Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,   Norfolk VA 23541
518031253      E-mail/Text: bnc-quantum@quantum3group.com Apr 18 2019 23:24:08
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA   98083-0788
518031252      E-mail/Text: bnc-quantum@quantum3group.com Apr 18 2019 23:24:08
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA   98083-0788
517928215      E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 23:25:28      Syncb/Walmart,   PO Box 965024,
                Orlando, FL   32896-5024
517928213      E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 23:25:44      Syncb/jcp,    PO Box 965007,
                Orlando, FL   32896-5007
517928214      E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 23:26:02      Syncb/jtv,    PO Box 965036,
                Orlando, FL   32896-5036
517928463     +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 23:26:02      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518038119     +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 23:25:28      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Renaissance Village I Condo Association,    c/o Giaimo and Associates,    97 E River Road,
                Rumson
cr             Renaissance at North Brunswick Master Association,,    c/o Giaimo and Associates, LLC
518040787*    +MARINER FINANCE, LLC,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
                                                                                  TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 18, 2019
                              Form ID: 186             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Kaitlyn R. Bernaski    on behalf of Creditor    Renaissance at North Brunswick Master Association,
               Inc. kbernaski@giaimoandassociates.com
              Kaitlyn R. Bernaski    on behalf of Creditor    Renaissance Village I Condo Association
               kbernaski@giaimoandassociates.com
              Mark S Cherry    on behalf of Debtor Debra E. O'Neal mc@markcherrylaw.com,
               dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
              Rebecca Ann Solarz    on behalf of Creditor    CSMC 2018-RPL10 Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 8
```