Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–34764–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Debra E. O'Neal
   aka Debora E. O'Neal, aka Debra Evetta
   O'Neal, aka Debra O'Neil
   915 Plymouth Rd
   North Brunswick, NJ 08902–4589

Social Security No.:
   xxx–xx–6693

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/25/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 25, 2019
JAN: wir

                                        Jeanne Naughton
                                        Clerk

```
United States Bankruptcy Court
      District of New Jersey
```

In re:                                                              Case No. 18-34764-MBK
Debra E. O'Neal                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2                Date Rcvd: Apr 25, 2019
                               Form ID: 148             Total Noticed: 27

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2019.
db             Debra E. O'Neal,    915 Plymouth Rd,    North Brunswick, NJ 08902-4589
517928203      Capital One Auto Finance,     1 S Orange St,    Wilmington, DE 19801-5006
517928209      Giaimo & Associates,    97 E River Rd,    Rumson, NJ 07760-1625
517928210      Healthcare Emp F C U,    29 Emmons Dr Ste C40,    Princeton, NJ 08540-5971
517987557     +Healthcare Employees Federal Credit Union,     c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
               Tinton Falls, NJ 07724-3001
517928211      Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
517928212      Renaissance Village I Condomninium Assoc,     97 E River Rd,    Rumson, NJ 07760-1625
517929923     +Renaissance at North Brunswick,     Master Association,    c/o Giaimo and Associates,
               97 E. River Road,    Rumson, NJ 07760-1625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 26 2019 00:12:49      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 26 2019 00:12:46      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517936951     +EDI: AISACG.COM Apr 26 2019 03:28:00      Capital One Auto Finance, a division of,
               AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517951811     +EDI: AISACG.COM Apr 26 2019 03:28:00      Capital One Auto Finance, a division of Capital On,
               P.O. Box 4360,    Houston, TX 77210-4360
517928204      EDI: CHASE.COM Apr 26 2019 03:28:00      Chase Card,    PO Box 15298,
               Wilmington, DE 19850-5298
517928205      EDI: WFNNB.COM Apr 26 2019 03:28:00      Comenity Bank/Pier 1,    PO Box 182789,
               Columbus, OH 43218-2789
517928206      EDI: WFNNB.COM Apr 26 2019 03:28:00      Comenitybank/wayfair,    PO Box 182789,
               Columbus, OH 43218-2789
517928207      EDI: WFNNB.COM Apr 26 2019 03:28:00      Comenitycb/hsn,    PO Box 182120,
               Columbus, OH 43218-2120
517928208      E-mail/Text: bknotices@financesysteminc.com Apr 26 2019 00:13:27      Finance System of Rich,
               32 S 9th St,    Richmond, IN 47374-5504
518038204      EDI: PRA.COM Apr 26 2019 03:28:00      Portfolio Recovery Associates, LLC,
               c/o Jc Penney Credit Card,    POB 41067,    Norfolk VA 23541
518038190      EDI: PRA.COM Apr 26 2019 03:28:00      Portfolio Recovery Associates, LLC,
               c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
518031253      EDI: Q3G.COM Apr 26 2019 03:28:00      Quantum3 Group LLC as agent for,    Comenity Bank,
               PO Box 788,    Kirkland, WA 98083-0788
518031252      EDI: Q3G.COM Apr 26 2019 03:28:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
               PO Box 788,    Kirkland, WA 98083-0788
517928215      EDI: RMSC.COM Apr 26 2019 03:28:00      Syncb/Walmart,    PO Box 965024,
               Orlando, FL 32896-5024
517928213      EDI: RMSC.COM Apr 26 2019 03:28:00      Syncb/jcp,    PO Box 965007,    Orlando, FL 32896-5007
517928214      EDI: RMSC.COM Apr 26 2019 03:28:00      Syncb/jtv,    PO Box 965036,    Orlando, FL 32896-5036
517928463     +EDI: RMSC.COM Apr 26 2019 03:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
518038119     +EDI: RMSC.COM Apr 26 2019 03:28:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
517928216      EDI: WFFC.COM Apr 26 2019 03:28:00      Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
               Frederick, MD 21701-4747
                                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Renaissance Village I Condo Association,    c/o Giaimo and Associates,    97 E River Road,
               Rumson
cr             Renaissance at North Brunswick Master Association,,    c/o Giaimo and Associates, LLC
518040787*    +MARINER FINANCE, LLC,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
                                                                                     TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2          Date Rcvd: Apr 25, 2019
                              Form ID: 148               Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Kaitlyn R. Bernaski    on behalf of Creditor    Renaissance at North Brunswick Master Association,
               Inc. kbernaski@giaimoandassociates.com
              Kaitlyn R. Bernaski    on behalf of Creditor    Renaissance Village I Condo Association
               kbernaski@giaimoandassociates.com
              Mark S Cherry    on behalf of Debtor Debra E. O'Neal mc@markcherrylaw.com,
               dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
              Rebecca Ann Solarz    on behalf of Creditor    CSMC 2018-RPL10 Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                 TOTAL: 8
```